UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED 2017 JAN -9 AM 10: 53

| | |
|---|---|
| Mark Bartkiewicz, | Case No. 1:16-cv-00995 |
| Plaintiff, | |
| vs. | Judge Dan A. Polster |
| City of Parma et al, | **STIPULATED DISMISSAL ENTRY** |
| Defendants. | |

The Court held a Settlement Conference January 9, 2017, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is dismissed with prejudice against all police officers, and settled and dismissed with prejudice as to City of Parma, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____  1/7/17
Dan Aaron Polster       Date
United States District Judge